UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-62487-CIV-SMITH

JAMES ROHM,

    Plaintiff,

v.

THE FLORIDA ACADEMY OF NURSING, LLC,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court upon the Stipulation for Dismissal [DE 14]. The Court having considered the Stipulation and being otherwise duly informed therein, it is **ORDERED** as follows:

1. The Stipulation [DE 14] is **APPROVED**.
2. The above-styled case is **DISMISSED WITH PREJUDICE**.
3. The parties shall bear their own costs and fees.
4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of April, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE